UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

v. Case No. 26-cv-269-JL-AJ

Kristiann Desilvio, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 29, 2026.

Mr. Griffin shall have 30 days from the date of this order to pay the $402 filing fee in this case ($350 filing fee + $52 administrative fee), and Mr. Griffin is on notice that if he fails to pay the full filing fee as directed, the court may dismiss this case without prejudice.

Joseph N. Laplante
United States District Judge

Date: November 3, 2026

cc: John R. Griffin, Jr., pro se